No. 75–6609. MILLANES-RUIZ *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 65–6671. MITCHELL *v.* NEW YORK. Ct. App. N. Y. Certiorari denied.

No. 75–6674. MORSE *v.* ILLINOIS. App. Ct. Ill., 5th Dist. Certiorari denied.

No. 75–6690. STOKES *v.* ESTELLE, CORRECTIONS DIRECTOR. C. A. 5th Cir. Certiorari denied.

No. 75–6692. PILCHER *v.* ESTELLE, CORRECTIONS DIRECTOR. C. A. 5th Cir. Certiorari denied.

No. 75–6696. JONES *v.* ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 75–6704. GONZALES *v.* ISRAEL. C. A. 7th Cir. Certiorari denied.

No. 75–6705. TYCZKOWSKI *v.* SKONIECZKA, WARDEN. C. A. 3d Cir. Certiorari denied.

No. 75–6707. BELLEW *v.* GUNN, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 75–6718. MOORE *v.* ESTELLE, CORRECTIONS DIRECTOR. C. A. 5th Cir. Certiorari denied.

No. 75–6719. JOHNSON *v.* ESTELLE, CORRECTIONS DIRECTOR. C. A. 5th Cir. Certiorari denied.

No. 75–1349. VILLANO ET AL. *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied. MR. JUSTICE WHITE took no part in the consideration or decision of this petition.